Hon. Richard A. Jones

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11
12

LUAYE KHATIB,

                    Plaintiff,

        v.

SCI WASHINGTON FUNERAL
SERVICES, et al.,

                    Defendants.

No. C12-0034RAJ

ORDER OF DISMISSAL

13
14
15
16
17

        THE COURT having been notified of the settlement of this matter and it
appearing that no issue remains for the Court's determination, IT IS ORDERED that
this action and all claims asserted herein are DISMISSED with prejudice and with
each party bearing its own costs and attorneys' fees.

18
19
20

        In the event settlement is not perfected, any party may move to reopen the
case, provided such motion is filed within **60** days of the date of this order.  Any trial
date and pretrial dates previously set are hereby VACATED.

21
22

        DATED this 10th day of October, 2013.

23
24
25
26

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – 1